# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kelvin Laneil James,<br><br>Petitioner<br><br>v.<br><br>High Desert Prison, Nevada, *et al.*,<br><br>Respondents | Case No.: 2:24-cv-02402-APG-EJY<br><br>**Order Dismissing Petition for Writ of Habeas Corpus** |

Kelvin Laneil James has submitted a 28 U.S.C. § 2254 petition for writ of habeas corpus. ECF No. 1-1. As that petition indicates, he already has a habeas petition challenging the same Eighth Judicial District Court, Clark County, Nevada judgment of conviction for voluntary manslaughter pending before this court in Case No. 3:24-cv-00286-ART-CSD. The Federal Public Defender has been appointed in the earlier-filed case, and the parties are currently litigating a show-cause order regarding whether that petition is time-barred. *See* 3:24-cv-00286 at ECF No. 13. It is unclear why James has submitted the instant petition. Even if the court construes this petition as a motion to amend the earlier petition, it would be a fugitive document because James is represented by counsel in the earlier petition. *See Woods v. Carey*, 525 F.3d 886 (9th Cir. 2008); LR IA 11-6 (once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court). The court, therefore, dismisses this petition. In the alternative it construes the petition as a motion to amend and strikes the motion as a fugitive document.

I THEREFORE ORDER that this habeas action is **DISMISSED** as set forth in this order.

I FURTHER ORDER that the application to proceed *in forma pauperis* **[ECF No. 4] is denied** as moot.

I FURTHER ORDER that a certificate of appealability will not issue.

I FURTHER ORDER that the Clerk of Court enter final judgment dismissing this petition and close this case.

DATED this 7th day of January, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE